IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-535-FDW-DCK

| ZAYO GROUP, LLC, | ) |  |
|---|---|---|
|  | ) |  |
| **Plaintiff,** | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| NETWORK RESOURCE TECHNOLOGIES CORP., | ) |  |
|  | ) |  |
| **Defendant**. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) filed by Derek M. Bast, concerning Anthony J. Jorgenson, on August 26, 2022. Anthony J. Jorgenson seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. Anthony J. Jorgenson is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: August 26, 2022

David C. Keesler
United States Magistrate Judge