IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-535-FDW-DCK

| | |
|---|---|
| ZAYO GROUP, LLC, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| NETWORK RESOURCE | ) |
| TECHNOLOGIES CORP., | ) |
| | ) |
| **Defendant**. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by James Calvin Cunningham III, concerning Michael C. Whitticar, on September 12, 2022. Michael C. Whitticar seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. Michael C. Whitticar is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: September 13, 2022

David C. Keesler
United States Magistrate Judge