IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ZAYO GROUP, LLC,<br><br>         Plaintiff,<br><br>v.<br><br>NETWORK RESOURCE TECHNOLOGIES CORP.,<br><br>         Defendants. | Case No.: 3:21-cv-00535-FDW-DCK |

TAKE NOTICE that the undersigned counsel, Sean C. Wagner of the law firm Wagner Hicks PLLC, hereby makes his appearance as counsel, in addition to Derek M. Bast of Wagner Hicks PLLC and Anthony J. Jorgenson of Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. (*Pro Hac Vice*), for the Plaintiff Zayo Group, LLC, in the above-referenced action, and requests that all pleadings and/or correspondence in this matter be directed to his attention at the address below.

Respectfully submitted this 21st day of October, 2022.

        **WAGNER HICKS PLLC**

  By: /s/ Sean C. Wagner
     Sean C. Wagner, N.C. State Bar No. 50233
     Derek M. Bast, N.C. State Bar No. 49069
     831 E. Morehead Street, Suite 860
     Charlotte, North Carolina 28202
     Telephone: (704) 705-7358
     sean.wagner@wagnerhicks.law
     derek.bast@wagnerhicks.law

    And

    Anthony J. Jorgenson (*Pro Hac Vice*)
    HALL, ESTILL, HARDWICK, GABLE,

GOLDEN & NELSON, P.C.
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
ajorgenson@hallestill.com

**ATTORNEYS FOR PLAINTIFF
ZAYO GROUP, LLC**

## **CERTIFICATE OF SERVICE**

On October 21, 2022, I submitted the foregoing document with the Clerk of Court for the United States District Court for the Western District of North Carolina, Charlotte Division. I hereby certify that I have served all counsel and/or pro se parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b).

This the 21st day of October, 2022.

/s/ Sean C. Wagner
Sean C. Wagner