# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| ZAYO GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NETWORK RESOURCE TECHNOLOGIES CORP., <br><br> Defendants. | Case No.: 3:21-cv-00535-FDW-DCK |

TAKE NOTICE that the undersigned counsel, Abbey M. Krysak of the law firm Wagner Hicks PLLC, hereby makes her appearance as counsel, in addition to Derek M. Bast of Wagner Hicks PLLC, Sean C. Wagner of Wagner Hicks PLLC, and Anthony J. Jorgenson of Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. (*Pro Hac Vice*), for the Plaintiff Zayo Group, LLC, in the above-referenced action, and requests that all pleadings and/or correspondence in this matter be directed to her attention at the address below.

Respectfully submitted this 21st day of October, 2022.

                               **WAGNER HICKS PLLC**

                               By: /s/ Abbey M. Krysak
                                     Sean C. Wagner, N.C. State Bar No. 50233
                                     Abby M. Krysak, N.C. State Bar No. 46281
                                     Derek M. Bast, N.C. State Bar No. 49069
                                     831 E. Morehead Street, Suite 860
                                     Charlotte, North Carolina 28202
                                     Telephone: (704) 705-7358
                                     sean.wagner@wagnerhicks.law
                                     abbey.krysak@wagnerhicks.law
                                     derek.bast@wagnerhicks.law

                               And

Anthony J. Jorgenson (*Pro Hac Vice*)
Hall, Estill, Hardwick, Gable,
Golden & Nelson, P.C.
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
ajorgenson@hallestill.com

**Attorneys For Plaintiff**
**Zayo Group, LLC**

## CERTIFICATE OF SERVICE

On October 21, 2022, I submitted the foregoing document with the Clerk of Court for the United States District Court for the Western District of North Carolina, Charlotte Division. I hereby certify that I have served all counsel and/or pro se parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b).

This the 21st day of October, 2022.

/s/ Abbey M. Krysak
Abbey M. Krysak