UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-cv-00535-FDW-DCK

| | |
|---|---|
| ZAYO GROUP, LLC, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)    **ORDER**<br>NETWORK RESOURCE TECHNOLOGIES )<br>CORP., )<br>)<br>    Defendant. )<br>) | |

THIS MATTER is before the Court following the Court's review of the Parties' "Notice of Settlement," (Doc. No. 22). In that pleading, counsel indicates the parties anticipate executing a written settlement agreement and filing a Joint Stipulation of Dismissal with Prejudice by December 2, 2022. Id.

While the Court commends counsel and the parties for resolving this matter by reaching a mutually-agreeable settlement, this matter is set for trial on this Court's docket for November 7, 2022. Although it appears the parties will finalize the settlement process, the Court finds no sufficient basis under the current record to stay deadlines or continue trial. Therefore, to the extent the parties move the Court for a stay of deadlines and a continuance of trial, that request is DENIED.

Counsel is hereby advised they are expected to appear for: (1) docket call at 9:00 a.m. on November 7, 2022; and (2) a pretrial conference immediately following docket call. (See Doc. No. 16). Of course, the parties can file their Stipulation of Dismissal any time, including prior to docket call, at which time the Court will remove this case from the trial calendar and terminate the

1

deadlines set forth herein.[1]

IT IS THEREFORE ORDERED that the deadlines in this matter will remain as previously set, beginning with docket call at 9:00 a.m. on November 7, 2022.

IT IS SO ORDERED.

Signed: November 2, 2022

Frank D. Whitney
United States District Judge

---

[1] The Court notes, however, that the Case Management Order in this case provides:
> Whenever a civil action scheduled for a jury trial is settled or otherwise disposed of in advance of the actual trial, the Court may assess all jurors' costs (including Marshal's fees, mileage reimbursement, and per diem fees) equally against the parties or otherwise may determine appropriate assessments, unless the Clerk's office is notified at least one (1) full business day prior to the date on which the action is scheduled for trial or the parties establish good cause why the Court should not assess jury costs against them.

(Doc. No. 8, p. 14). The stipulation of dismissal must therefore by filed no later than 12:00 p.m. on November 4, 2022, in order to give the Clerk of Court sufficient time during the business day to advise the jurors who are selected that they need not appear for trial in this matter.

2

Case 3:21-cv-00535-FDW-DCK   Document 23   Filed 11/02/22   Page 2 of 2